IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CAROL ANN JOHNSTON,

    Plaintiff,

v.                                                                                             1:12cv227-WS

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security Administration,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed July 8, 2013. See Doc. 18. The magistrate judge recommends that the Commissioner's decision to deny the plaintiff's application for benefits be affirmed. The plaintiff has filed objections (doc. 19) to the report and recommendation.

The plaintiff asserts that the magistrate judge erroneously concluded that (1) the ALJ properly explained his reasons for not crediting all of Dr. Tozzo-Julian's opinion; (2) the ALJ properly articulated good cause for not crediting the opinion of Dr. Greeley; and (3) substantial evidence supports the ALJ's RFC Assessment. Having carefully reviewed the magistrate judge's report and recommendation, the ALJ's decision, and

the administrative record, including the plaintiff's medical records from Dr. Tozzo-Julian, Dr. Greeley, and Dr. Chodosh, this court rejects the plaintiff's assertions of error. As did the magistrate judge, this court finds both that the ALJ correctly applied the law and that the ALJ's findings are based upon substantial evidence in the record.

Accordingly, it is ORDERED:

1. The court ADOPTS the magistrate judge's report and recommendation to affirm the Commissioner's denial of the plaintiff's application for benefits.

2. The Commissioner's decision to deny the plaintiff's application for benefits is AFFIRMED.

DONE AND ORDERED this  21st  day of  August , 2013.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE